UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SORRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-00854 (FJS/JMF) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Billie Sorrell and

Defendant District of Columbia hereby stipulate that the above-captioned action shall be

dismissed with prejudice as to all of Plaintiff's claims against Defendant, with each party to bear

its own fees and costs.

Date: March 28, 2014

FOR PLAINTIFF:                              FOR DEFENDANT:


 /s/ Alan Banov_____              IRVIN B. NATHAN
ALAN BANOV (D.C. Bar # 95059)              Attorney General for the
Alan Banov & Associates                    District of Columbia
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910                    GEORGE C. VALENTINE
Telephone: (301) 588-9699                  Deputy Attorney General
Fax: (301) 588-9698                        Civil Litigation Division
abanov@banovlaw.com
                                           /s/Jonathan Pittman_____
                                           JONATHAN H. PITTMAN [430388]
                                           Section Chief
                                           Civil Litigation Division, Section III
                                           Office of the Attorney General
                                           441 4th Street, N.W., Sixth Floor South
                                           Washington, DC  20001
                                           Office (202) 724-6602

1

Fax (202) 741-8926
Email: jonathan.pittman@dc.gov

_/s/ Alex Karpinski_
ALEX KARPINSKI [982184]
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
alex.karpinski@dc.gov


IT IS SO ORDERED:


Frederick J. Scullin, Jr.
Senior U.S. District Judge


Dated: March 31, 2014

2